**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edizon RAMIREZ–GAMBOA,**
**Defendant–Appellant.**

No. 08–11049
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 23, 2009.

David Jonathon Joffe, Joffe & Joffe, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

David Jonathon Joffe, Joffe & Joffe, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

Brian D. Skaret, Washington, DC, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed appellate counsel for Edizon Ramirez–Gamboa, has moved to withdraw from further represen-

tation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gamboa's conviction and sentence are **AFFIRMED.**